■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY POPE, Appellant. [974 NYS2d 248]—Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered March 24, 2011, resentencing defendant to a term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur— Mazzarelli, J.P., Acosta, Saxe, Richter and Feinman, JJ.